AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RECEIVED
2018 APR 19 AM 11:04
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

STELLA NICHOLSON )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 2:18-cv-00035-UA-MRM
SYNCHRONY BANK, N.A. )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Synchrony Bank, N.A.
4400 Easton Commons, Suite 125
Columbus, OH 43219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  William B. Bowles, Esq.
William Peerce Howard, Esq.
The Consumer Protection Firm
4030 Henderson Blvd.
Tampa, FL 33629

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4-19-2018                                                          _____
                                                                                         *Signature of Clerk or Deputy Clerk*