**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MEYERS DIVISION**

STELLA NICHOLSON,

    Plaintiff,

v.                                CASE NO.:  2:18-CV-00035-UA-MRM

PORTFOLIO RECOVERY ASSOCIATES, LLC.,

    Defendant.

_____

**NOTICE OF PENDING SETTLEMENT**

Plaintiff**,** STELLA NICHOLSON, by and through her undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff, STELLA NICHOLSON, and Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

                                                    Respectfully submitted,

                                                    */s/William B. Bowles*
                                                    William B. Bowles
                                                    Florida Bar No. 0122998
                                                    THE CONSUMER PROTECTION FIRM
                                                    4030 Henderson Blvd
                                                    Tampa, FL 33629
                                                    Tele: (813) 500-1500
                                                    Fax: (813) 435-2369
                                                    billbowles@TheConsumerProtectionFirm.com
                                                    Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on July 24, 2018, the foregoing was served using the CM/ECF system, which will provide electronic notice of filing to all counsel of record.

/s/William B. Bowles
William B. Bowles
Florida Bar No. 0122998
THE CONSUMER PROTECTION FIRM
4030 Henderson Blvd
Tampa, FL 33629
Tele: (813) 500-1500
Fax: (813) 435-2369
billbowles@TheConsumerProtectionFirm.com
Counsel for Plaintiff